Salto-Seico v. Sessions

BIA
Straus, IJ
A200 897 646

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of June, two thousand seventeen.

PRESENT:
> PIERRE N. LEVAL,
> ROBERT D. SACK,
> CHRISTOPHER F. DRONEY,
>> *Circuit Judges.*

_____

OLGER ABEL SALTO-SEICO,
> *Petitioner,*

> v.                                                          15-2773
>                                                             NAC

JEFFERSON B. SESSIONS III, UNITED
STATES ATTORNEY GENERAL,
> *Respondent.*

_____

**FOR PETITIONER:**      Gregory Osakwe, Hartford, CT.

**FOR RESPONDENT:**      Benjamin C. Mizer, Principal Deputy
                         Assistant Attorney General; Shelley
                         R. Goad, Assistant Director; Nancy
                         K. Canter, Trial Attorney, Office of
                         Immigration Litigation, United
                         States Department of Justice,
                         Washington, DC.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DISMISSED IN PART and DENIED IN PART.

Petitioner Olger Abel Salto-Seico, a native and citizen of Ecuador, seeks review of a March 4, 2015, decision of the BIA affirming a February 5, 2013, decision of the Immigration Judge denying his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"), and an August 25, 2015, decision of the BIA denying his motion to reopen. *In re Olger Abel Salto-Seico,* No. A200 897 646 (B.I.A. Mar. 4, 2015), *aff'g* No. A200 897 646 (Immig. Ct. Hartford Feb. 5, 2013); *In re Olger Abel Salto-Seico,* No. A200 897 646 (B.I.A. Aug. 25, 2015). We assume the parties' familiarity with the underlying facts and procedural history in this case.

We dismiss the petition for review as to the BIA's March 2015 decision ordering Salto-Seico removed to Ecuador and denying his application for asylum, withholding of removal, and CAT relief. We lack jurisdiction to review that decision because the September 2015 petition for review is untimely to challenge a March 2015 decision. *See* 8 U.S.C. § 1252(b)(1) ("A petition for review must be filed not later than 30 days after the date of the final order of removal."); *Luna v. Holder*, 637

2

F.3d 85, 92 (2d Cir. 2011).  "[T]he filing of a motion to reopen does not toll the time for filing a petition for review of the BIA's final exclusion or deportation orders[.]"  *Kaur v. BIA*, 413 F.3d 232, 233 (2d Cir. 2005).

Salto-Seico's brief raises no arguments with respect to the BIA's denial of reopening.  "Issues not sufficiently argued in the briefs are considered waived and normally will not be addressed on appeal."  *Norton v. Sam's Club*, 145 F.3d 114, 117 (2d Cir. 1998).  Accordingly, he has waived review of that determination and we deny the petition as to the August 2015 decision.  *Id.; see also Yueqing Zhang v. Gonzales*, 426 F.3d 540, 545 n.7 (2d Cir. 2005).

For the foregoing reasons, the petition for review is DISMISSED IN PART and DENIED IN PART.  As we have completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DISMISSED as moot.  Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3